Form Number LR 3015-1 A (12/15)

## CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **LaSonja Yvette Kelly**    SS#: **xxx-xx-7153**    Net Monthly Earnings: _____

SS#: _____    Number of Dependents: **0**

1. Plan Payments:
   ( ___ ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or
   ( **X** ) Payroll deduction Order: To **MH Correctional 1593 Spring Hill Rd, Ste 610 Vienna, VA 22182** for
   $ **350.00** ☐ weekly ☑ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is **60** months, and the total debt to be paid through the plan is $ **45,300.00**.

   ☑ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| **State of Alabama** | **Taxes and certain other debts** | **$1,500.00** | **$0.00** |

   B. Total Attorney Fee: $ **3,000.00** ; **$0.00** paid pre-petition; $ **900.00** to be paid at confirmation, $ **275.00** for 3 months and the balance at $ **pro rata** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Rushmore Service Center** | **$54,000.00** | ☐ by Trustee ☑ by Debtor **$484.00** | **December 2017** | **$13,400.00** | 18 | **0.00%** | **$255.00** |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| **Santander** | **$160.00** | **$19,500.00** | **$12,000.00** | **$0.00** | **2016 Nissan Sentra** | **5.00%** | **$405.00** | **May 2018** |
| **State of Alabama** | **$0.00** | **$1,775.00** | **$74,800.00** | **$0.00** | **1025 9th St Pleasant Grove, AL** | **12.00%** | **$45.00** | **May 2018** |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **-NONE-** | | | | |

IV. Special Provisions (check all applicable boxes):
   ☑ This is an original plan.
   ☐ This is an amended plan replacing plan dated **November 21, 2017**.
   ☑ This plan proposes to pay unsecured creditors **0** %.
   ☐ Other Provisions:

Attorney for Debtor Name/Address/Telephone #    Dated: **November 30, 2017**    **/s/ LaSonja Yvette Kelly**
**/s/Keith R. Martin**                                                           **LaSonja Yvette Kelly**
**Keith R. Martin**                                                              Signature of Debtor
**205 20th Street North, Suite 623**
**Birmingham, AL 35203**
Telephone #  **(205) 581-1299**

# United States Bankruptcy Court
## Northern District of Alabama

In re **LaSonja Yvette Kelly**                                              Case No. **17-04988**

                                    Debtor(s)                              Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **November 30, 2017**, a copy of **the Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Acceptance Now**
**1773 Montgomery Hwy**
**Birmingham, AL 35244**

**Alagasco**
**2101 6th Avenue North**
**Birmingham, AL 35203**

**Bessemer Finance Co**
**1819 3rd Av North**
**Bessemer, AL 35020**

**Bridgecrest**
**P.O. box 29018**
**Phoenix, AZ 85038**

**Dept of Ed**
**P.O. Box 740283**
**Atlanta, GA 30374**

**Easy Money**
**2168 Green springs Hwy**
**Birmingham, AL 35205**

**Flint Hill Pointe LTD**
**600 Flint Hill Ln**
**Bessemer, AL 35022**

**Green Gate Service**
**600 F Street # 3**
**Arcata, CA 95521**

**McCalla Raymer LLC**
**2 20th St North**
**Ste 130**
**Birmingham, AL 35203**

**Medbridge Home Medical**
**730 Memorial Drive**
**Ste 100**
**Bessemer, AL 35022**

**PRA Receviables Managment**
**Portfolio Recovery Assoc**
**P.O. Box 41067**
**Norfolk, VA 23541**

**QC Financial Services**
**215 Forest Road**
**Bessemer, AL 35023**

**Rushmore Service Center**
**P.O. Box 5508**
**Sioux Falls, SD 57117-5508**

**Santander**
**8585 N Stemmons Fwy**
**Ste 1000**
**Dallas, TX 75247**

**Santander**

8585 N Stemmons Fwy
Ste 1000
Dallas, TX 75247

State of Alabama
50 North Ripley Street
Montgomery, AL 36132

Tri State Adjustments, Inc
3439 East Ave S
La Crosse, WI 54601

UAB
619 19th St
Birmingham, AL 35249

UAB West
US Highway 11 South
Bessemer, AL 35022

UAHSF
PO Box 55309
Birmingham, AL 35255-5309

/s/ Keith R. Martin
Keith R. Martin
Martin Law Firm, LLC
Keith R. Martin
205 20th Street North, Suite 623
Birmingham, AL 35203
(205) 581-1299 Fax:(205) 251-0425
Keith@keithmartinlawfirm.com